UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

                 Plaintiffs,

                 v.

WALSH UNIVERSITY,

                 Defendant.

------------------------------------- x

No.: 1:23-cv-1216

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, WALSH UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
April 1, 2024

                                                 **GOTTLIEB & ASSOCIATES PLLC**

                                                 */s/Michael A. LaBollita, Esq.*

                                                 Michael A. LaBollita, Esq., (ML-9985)
                                                          150 East 18th Street, Suite PHR
                                                                  New York, NY 10003
                                                                       Phone: (212) 228-9795
                                                                         Fax: (212) 982-6284
                                                                    Michael@Gottlieb.legal

                                                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge